COLUMBIA SAVINGS AND LOAN ASSOCIATION v. ARTISTS AND PROFESSIONALS MANAGEMENT, A PARTNERSHIP.

March 20, 1984.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 94 *N.J.* 613 (1983))

MOUNT VERNON FIRE INSURANCE COMPANY v. ALFRED S. KAMMERER, JR., AND RONALD HADLEY, INDIVIDUALLY AND AS GENERAL ADMINISTRATOR AND ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF PATRICIA LORRAINE HADLEY, DECEASED, AND DWAYNE FERRARO, RONALD HADLEY, JR., CHERYL ANNE HADLEY, AND ROBERT HADLEY, INFANTS BY THEIR GUARDIAN AD LITEM RONALD HADLEY.

March 20, 1984.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 95 *N.J.* 198 (1983))

PERRY FOGEL v. S.S.R. REALTY ASSOCIATES.

March 27, 1984.

Petition for certification denied.